# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC f/k/a U.S. FILTER OPERATING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE HALE COUNTY WATER AUTHORITY; and WILLIAM MARKS, TERRY HAMILTON, RONNIE THOMAS, RICHARD MOORE and CHARLES HALL, in their official capacity as members of the BOARD OF DIRECTORS OF THE HALE COUNTY WATER AUTHORITY, <br><br> Defendants. | CIVIL ACTION NO. <br> 2:05-CV-00741-CG-B |

## DISCLOSURE STATEMENT

Plaintiff Veolia Water North America Operating Services, LLC ("VWNA") submits this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.4 as follows:

1. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, VWNA states that Veolia Environnement SA is a publicly held corporation that owns ten percent (10%) or more of its stock.

2. Pursuant to Local Rule 3.4 of the Southern District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for VWNA certifies that Veolia Environnment SA, the parent of VWNA, has issued shares or debt securities to the public.

01280169.1

- 2 -

        Respectfully submitted by,

          /s D. Bart Turner
        H. Thomas Wells (WELLH8511)
        D. Bart Turner (TURND0051)
        E. Bryan Nichols (NICHE9028)

        Attorneys for Plaintiff
        VEOLIA WATER NORTH AMERICA
        OPERATING SERVICES, LLC

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205-254-1000
Fax: 205-254-1999

        William H. Traeger III (TRAEW4237)

        One of the Attorneys for Plaintiff
        VEOLIA WATER NORTH AMERICA
        OPERATING SERVICES, LLC

OF COUNSEL:

MANLEY, TRAEGER, PERRY & STAPP
P.O. Box 590
Demopolis, Alabama 36732
Telephone: (334) 289-1384
Fax: (334) 285-5384